# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2611

_____

United States of America

*Plaintiff - Appellee*

v.

Corey Andrew Barr

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: June 24, 2020
Filed: June 29, 2020
[Unpublished]

_____

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Corey Barr appeals the sentence the district court[1] imposed after he pleaded guilty to a firearm offense. His counsel has moved to withdraw and has filed a brief

_____

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude that the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court considered an improper or irrelevant factor or committed a clear error in weighing relevant factors. *See United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013) (discussing appellate review of sentencing decisions). Further, the court imposed a sentence within the guidelines imprisonment range. *See United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (stating that a within-guidelines-range sentence is presumed reasonable).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____